**EXHIBIT 2:** INFRINGEMENT #1
URL: https://consequenceofsound.net/2019/11/the-clashs-london-calling-bullet-trains-and-the-boundlessness-of-humanity/

