# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Adrian Boot,

       Plaintiff,               Case No: 9:23-cv-80616-RLR

       v.

Consequence Sound LLC,

       Defendant.

-----------------------------------------------/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 3.8, I certify that the instant action:

_____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

           _____

           _____

           _____

           _____

XXX IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: April 12, 2023

                    **SANDERS LAW GROUP**

                    By:  _/s/ Craig Sanders_

                    Craig Sanders, Esq. (Fla Bar 0985686)

333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 124757
*Attorneys for Plaintiff*