## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 9:23-CV-80616-RLR

Plaintiff:
**ADRIAN BOOT**

vs.

Defendant:
**CONSEQUENCE SOUND, LLC.**

For:
CRAIG SANDERS
SANDERS LAW GROUP
333 Earle Ovington Boulevard
Suite 402
Uniondale, NY 11553

Received by Erick Maillard on the 10th day of April, 2023 at 4:18 pm to be served on **CONSEQUENCE SOUND, LLC. C/O RICK CATINELLA, REGISTERED AGENT, 5301 NORTH FEDERAL HIGHWAY, SUITE 150, BOCA RATON, FL 33487.**

I, Erick Maillard, being duly sworn, depose and say that on the **17th day of April, 2023** at **3:55 pm**, I:

**CORPORATE SERVICE,** served the within named LLC by delivering a true copy of the **Summons in a Civil Action, Complaint and Exhibits** with the date and hour of service endorsed thereon by me to **RICK CATINELLA** as **REGISTERED AGENT** at the address of **5301 NORTH FEDERAL HIGHWAY, SUITE 150, BOCA RATON, FL 33487** pursuant to F.S. 48.062.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 150, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

**Erick Maillard**
CPS #907

Subscribed and Sworn to before me by means of [x] physical presence or [ ] online notarization this the _28_ day of _April 2023_ by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN REICH
Commission # HH 269879
Expires September 4, 2026

Gotcha Legal Services, Inc.
P.O. Box 840324
Pembroke Pines, FL 33084
(954) 274-1337

Our Job Serial Number: CIZ-2023006283

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

