UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 23-80616-CIV-ROSENBERG/REINHART

ADRIAN BOOT,

                  Plaintiff,

v.

CONSEQUENCE SOUND LLC,

                  Defendant.
_____/

## ORDER SETTING ZOOM DISCOVERY STATUS CONFERENCE

**THIS CAUSE** comes before this Court upon an Order of Reference from the District Court. It is hereby **ORDERED AND ADJUDGED** as follows:

Counsel shall appear remotely before this Court on **October 13, 2023 at 2:30 p.m.** for a final discovery status conference before Magistrate Judge Bruce Reinhart. The conference will be conducted via Zoom. On the day before the conference, the Court will email the Zoom link to all counsel listed on the docket.

**By October 6, 2023,** the parties shall file a **joint discovery status report** which addresses the following:

    a.) what discovery has been propounded by each party;

    b.) whether the discovery requests have been answered;

    c.) the status of depositions, including:

        1. the number of depositions already taken;

2

2. the number of remaining depositions and whether they have been scheduled; and

3. an explanation of any delay in scheduling the remaining depositions;

d.) the status of expert disclosures;

e.) whether there are any outstanding discovery disputes;

f.) whether the parties believe that a discovery status conference is needed; and

g.) whether the parties can certify that all discovery will be completed by the discovery deadline.

**DONE and ORDERED** in Chambers on June 1, 2023, at West Palm Beach in the Southern District of Florida.

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE