**Adrian Boot v. Consequence Sound LLC    Case No.: Case 9:23-cv-80616-RLR**
**EXHIBIT 2 – Time Billing Records**

| DATE | TIME KEEPER | TASK | TIME | RATE (HR) | BILL |
|---|---|---|---|---|---|
| 3/30/2023 | Ryan Feldman | Review of new case file from client; reviewed infringements, copyright registration certificates and website screengrabs; prepare initial draft of complaint. | 1.5 | $125 | $187.50 |
| 3/30/2023 | Craig Sanders | Reviewed draft complaint; reviewed infringements, registration, SOS information; approved to forward to client for verification | 0.5 | $700 | $350.00 |
| 3/30/2023 | Ryan Feldman | Prepared letter to client re: | 0.4 | $125 | $50.00 |
| 4/6/2023 | Jason Rosenthal | Prepared request for summons; civil coversheet; A0121 forms; prepared complaint and exhibits for ECF filing | 0.8 | $125 | $100.00 |
| 4/6/2023 | Jason Rosenthal | ECF commenced new copyright case in FLSD | 0.4 | $125 | $50.00 |
| 4/6/2023 | Jason Rosenthal | Downloaded summons; prepared packet for process server; forwarded to Gotcha Legal Service | 0.5 | $125 | $62.50 |
| ~~4/12/2023~~ | ~~Craig Sanders~~ | ~~Reviewed assigned judge and file; assigned to Jaymie to continue; discussion with Jaymie re: same~~ | ~~0.4~~ | ~~$700~~ | ~~$0.00~~ |
| ~~4/12/2023~~ | ~~Jaymie Sabilia-Heffert~~ | ~~Discussion with Craig re: new case assignment~~ | ~~0.4~~ | ~~$450~~ | ~~$0.00~~ |
| 4/12/2023 | Jaymie Sabilia-Heffert | Prepared and filed Notice of Related Actions and Corporate Disclosure Statement | 0.3 | $450 | $135.00 |
| 5/3/2023 | Jaymie Sabilia-Heffert | Prepared for and conducted initial call with opposing counsel. | 0.2 | $450 | $90.00 |
| 5/8/2023 | Jaymie Sabilia-Heffert | Reviewed, revised, and filed Motion for Extension of Time | 0.2 | $450 | $90.00 |

**Adrian Boot v. Consequence Sound LLC    Case No.: Case 9:23-cv-80616-RLR**
**EXHIBIT 2 – Time Billing Records**

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/8/2023 | Jaymie Sabilia-Heffert | Reviewed case file and prepared FRE 408 correspondence to send to opposing counsel; emailed to opposing counsel. | 0.2 | $450 | $90.00 |
| 6/1/2023 | Jaymie Sabilia-Heffert | Status email inquiry to opposing counsel | 0.1 | $450 | $45.00 |
| 6/2/2023 | Jaymie Sabilia-Heffert | Reviewed correspondence from opposing counsel including informal offer of judgment | 0.2 | $450 | $90.00 |
| ~~6/2/2023~~ | ~~Jaymie Sabilia-Heffert~~ | ~~Forwarded Defendant's letter to Craig; discussion re: letter~~ | ~~0.2~~ | ~~$450~~ | ~~$0.00~~ |
| ~~6/2/2023~~ | ~~Craig Sanders~~ | ~~Discussion with Jaymie re: informal offer of judgment letter~~ | ~~0.2~~ | ~~$700~~ | ~~$0.00~~ |
| 6/2/2023 | Craig Sanders | Reviewed Defendant's letter; researched for case law on letter purporting to be Rule 68 offer of judgment by non-admitted attorney that included terms in the offer such as a general release; advised Jaymie to discuss results of research with client | 1.5 | $700 | $1,050.00 |
| 6/6/2023 | Jaymie Sabilia-Heffert | Reviewed, revised, and filed second Motion for Extension of Time | 0.2 | $450 | $90.00 |
| 6/6/2023 | Jaymie Sabilia-Heffert | Emailed counsel re: scheduling order, answer deadline and Rule 26 date | 0.2 | $450 | $90.00 |
| 6/9/2023 | Jaymie Sabilia-Heffert | Discussion with client re: results of research on letter purporting to be Rule 68 offer of judgment | 0.4 | $450 | $180.00 |
| 6/9/2023 | Jaymie Sabilia-Heffert | Prepared response to Defendant's 6/2 offer; emailed response to opposing counsel. | 0.2 | $450 | $90.00 |

Adrian Boot v. Consequence Sound LLC    Case No.: Case 9:23-cv-80616-RLR
EXHIBIT 2 – Time Billing Records

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/12/2023 | Jaymie Sabilia-Heffert | Reviewed docket and Court Orders; compiled and emailed list of proposed mediators to opposing counsel. | 0.2 | $450 | $90.00 |
| 6/13/2023 | Jaymie Sabilia-Heffert | Emailed counsel reminder re: mediation selection | 0.2 | $450 | $90.00 |
| 6/14/2023 | Jaymie Sabilia-Heffert | Prepared and filed Notice of Mediation Selection. | 0.2 | $450 | $90.00 |
| 6/14/2023 | Jaymie Sabilia-Heffert | Email conversation with opposing counsel re: prior correspondence/offer of judgment; service; mediation | 0.5 | $450 | $225.00 |
| 6/14/2023 | Jaymie Sabilia-Heffert | Prepared and served Plaintiff's Initial Disclosures pursuant to Rule 26(a)(1). | 0.4 | $450 | $180.00 |
| 6/14/2023 | Jaymie Sabilia-Heffert | Scheduled mediation with mediator via website | 0.3 | $450 | $135.00 |
| ~~6/15/2023~~ | ~~Jaymie Sabilia-Heffert~~ | ~~Emailed and telephone conversation with Craig re: OOJ~~ | ~~0.5~~ | ~~$450~~ | ~~$0.00~~ |
| ~~6/15/2023~~ | ~~Craig Sanders~~ | ~~Emailed and telephone conversation with Jaymie re: OOJ~~ | ~~0.5~~ | ~~$700~~ | ~~$0.00~~ |
| 6/16/2023 | Jaymie Sabilia-Heffert | Conducted status call with opposing counsel | 0.3 | $450 | $135.00 |
| 6/22/2023 | Craig Sanders | Research ambiguous offers of judgment and implications for accepting or not accepting in the 11th Circuit | 1.8 | $700 | $1,260.00 |
| ~~6/22/2023~~ | ~~Craig Sanders~~ | ~~Email and telephone conversation with Jaymie re: OOJ and fee application~~ | ~~0.5~~ | ~~$700~~ | ~~$0.00~~ |

Adrian Boot v. Consequence Sound LLC     Case No.: Case 9:23-cv-80616-RLR
EXHIBIT 2 – Time Billing Records

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| ~~6/22/2023~~ | ~~Jaymie Sabilia-Heffert~~ | ~~Email and telephone conversation with Craig re: OOJ and fee application~~ | ~~0.5~~ | ~~$450~~ | ~~$0.00~~ |
| 6/23/2023 | Jaymie Sabilia-Heffert | Prepared and served Plaintiff's Notice of Acceptance of Defendant's Rule 68 Offer of Judgment | 0.2 | $450 | $90.00 |
| 6/26/2023 | Craig Sanders | Prepared and filed Notice of Filing of Acceptance of Rule 68 Offer of Judgment | 0.4 | $700 | $280.00 |
| ~~6/29/2023~~ | ~~Craig Sanders~~ | ~~Emailed Jaymie re: court order re: proposed order~~ | ~~0.2~~ | ~~$700~~ | ~~$0.00~~ |
| 6/29/2023 | Jaymie Sabilia-Heffert | Reviewed case docket and Court Order; prepared and filed Proposed Order. | 0.2 | $450 | $90.00 |
| 7/17/2023 | Jaymie Sabilia-Heffert | Conducted legal research in support of Plaintiff's Motion for Attorneys' Fees; Drafted motion and prepare exhibits. | 4.5 | $450 | $2,025.00 |
| 7/17/2023 | Jaymie Sabilia-Heffert | Prepared Bill of Costs for filing | 0.2 | $450 | $90.00 |
| 7/18/2023 | Craig Sanders | Reviewed and edited Plaintiff's Motion for Attorneys' Fees; returned to JSH to finalize/file | 2.3 | $700 | $1,610.00 |
| 7/18/2023 | Jaymie Sabilia-Heffert | Reviewed CS edits and comments to motion; finalized motion draft | 1.0 | $450 | $450.00 |
| 7/18/2023 | Jaymie Sabilia-Heffert | Emailed motion draft, declaration with exhibits, and Bill of Costs to counsel of record in compliance with Local Rules 7.1 and 7.3 | 0.2 | $450 | $90.00 |
| 7/18/2023 | Jaymie Sabilia-Heffert | Email exchange with opposing counsel to schedule meeting pursuant to Local Rules 7.1 and 7.3. | 0.2 | $450 | $90.00 |

**Adrian Boot v. Consequence Sound LLC     Case No.: Case 9:23-cv-80616-RLR**
**EXHIBIT 2 – Time Billing Records**

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/20/2023 | Jaymie Sabilia-Heffert | Conducted meeting with opposing counsel in compliance with Local Rule 7.3 regarding relief requested in Plaintiff's draft motion and Bill of Costs. | 0.3 | $450 | $135.00 |
| 7/20/2023 | Jaymie Sabilia-Heffert | Emailed opposing counsel to confirm Defendant's position regarding Plaintiff's draft motion and Bill of Costs. | 0.1 | $450 | $45.00 |
| 7/21/2023 | Craig Sanders | Reviewed and edited plaintiff's motion | 2.5 | $700 | $1750.00 |
| 7/24/2023 | Craig Sanders | Continued edits to fee application; added Table of Contents and Table of Authorities; re-reviewed rules for FLSD | 2.0 | $700 | $1400.00 |
| 7/25/2023 | Jaymie Sabilia-Heffert | Finalized Plaintiff's motion | 0.5 | $450 | $225.00 |

**Adrian Boot v. Consequence Sound LLC**   Case No.: Case 9:23-cv-80616-RLR
**EXHIBIT 2 – Time Billing Records**

| Timekeeper | Position | Hourly Rate | Unbilled Hours | Unbilled Extended | Billed Hours | Extended |
|---|---|---|---|---|---|---|
| Craig B. Sanders | Senior Partner (30th year) | $700 | 1.8 | $1,260.00 | 11.0 | $7,700.00 |
| Jaymie Sabilia-Heffert | Associate (7th year) | $450 | 1.6 | $720.00 | 11.7 | $5,265.00 |
| Ryan Feldman | Paralegal | $125 | | | 1.9 | $237.50 |
| Jason Rosenthal | Paralegal | $125 | | | 1.7 | $212.50 |
| **Total** | | | | | 26.3 | $13,415.00 |