Gotcha Legal Services, Inc.
P.O. Box 840324
Pembroke Pines, FL 33084
Phone: (954) 274-1337
Fax: (954) 964-4734
Tax ID 65-0785670

# INVOICE



Invoice #CIZ-2023006283
4/19/2023

CRAIG SANDERS
SANDERS LAW GROUP
333 Earle Ovington Boulevard
Suite 402
Uniondale, NY 11553



**Case Number: Southern 9:23-CV-80616-RLR**

Plaintiff:
**ADRIAN BOOT**

Defendant:
**CONSEQUENCE SOUND, LLC.**

Received: 4/10/2023   Served: 4/17/2023 3:55 pm  CORPORATE LLC
To be served on: CONSEQUENCE SOUND, LLC. C/O RICK CATINELLA, REGISTERED AGENT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$75.00** |

Please enclose a copy of this invoice with your payment.
We handle Local, Statewide and Nationwide service.
We appreciate your business and referring us to others !