**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:23-cv-80616-RLR**

Adrian Boot,

        Plaintiff,

        -against-

Consequence Sound LLC,

        Defendant.

-------------------------------------------------------/

**DECLARATION OF JAYMIE SABILIA-HEFFERT IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

JAYMIE SABILIA-HEFFERT, ESQ., pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, as follows:

1. I am an associate with the law firm of Sanders Law Group, attorneys for plaintiff Adrian Boot ("Plaintiff") in this action. As such, I have personal knowledge of all facts and circumstances upon which this Declaration is based, except for those facts and circumstances set forth upon information and belief and, as to those facts, I believe them to be true, based upon conversations with my client, review of my file, and my personal involvement in this case.

2. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees against defendant Consequence Sound LLC ("Defendant" or "Consequence"). In support of the portion of the motion which asks the Court to fix an award of fees and damages, I submit the following:

3. By way of background, I received my Juris Doctor from Touro Law School in 2015 and was admitted to practice in the Courts of the State of New York in 2016. I was admitted to practice in the United States District Court for the Southern District of New York in 2018 and the Northern

District of New York in 2019. During the course of my seven-year professional career, I have focused my practice primarily on litigation involving civil matters in both State and Federal Courts. My hourly rate is $450/hr. for the prosecution of copyright infringement matters.

4. For the foregoing reasons, as well as those set forth in the papers heretofore submitted, I respectfully request that the Court award attorneys' fees and costs as detailed in the billing records set forth in <u>Exhibit 2</u> to the Declaration of Craig B. Sanders filed concurrently herewith.

DATED: July 25, 2023

<u>/s Jaymie Sabilia-Heffert</u>
Jaymie Sabilia-Heffert, Esq.
