UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-cv-80616-RLR

ADRIAN BOOT,

    Plaintiff,

v.

CONSEQUENCE SOUND, LLC,

    Defendant.

_____/

## **DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant, Consequence Sound, LLC, hereby moves to substitute its counsel and in support states as follows:

1. Defendant has engaged C. Cory Mauro of Mauro Law P.A. ("Mauro Law") as counsel and requests that Mauro Law be permitted to substitute in as counsel of record in place of David J. George, esq. of George Feldman McDonald PLLC ("George").

2. Pursuant to S.D. L.R. 7.1(3), undersigned counsel conferred with counsel for the Plaintiff who has no objection to the relief sought.

Wherefore, Defendant, Consequence Sound, LLC hereby requests this Court enters an order permitting Mauro Law to substitute in as counsel on its behalf and relieve George of all further obligations in this matter.

**MAURO LAW P.A.**

_/s/ C. Cory Mauro_
C. Cory Mauro
Florida Bar No. 384739

>1001 Yamato Road, Suite 401
>Boca Raton, FL 33431
>cory@maurolawfirm.com
>service@maurolawfirm.com
>Tel. 561-202-1992

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th day of October 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>_/s/ C. Cory Mauro_
>C. Cory Mauro