UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-80616-ROSENBERG

ADRIAN BOOT,

    Plaintiff,

v.

CONSEQUENCE SOUND LLC,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Plaintiff's Motion for Attorney's fees at docket entry 24. The Court referred the motion for a report and recommendation at docket entry 25. On October 12, 2023, Judge Reinhart issued a Report and Recommendation recommending that the motion be denied. DE 28. The Plaintiff filed objections at docket entry 29.

The Court has conducted a *de novo* review of Magistrate Judge Reinhart's Report and Recommendation, the objection, and the record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Reinhart's recommendation to be well reasoned and correct.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 28] is hereby **ADOPTED** in its entirety, including his alternative holdings that (i) the offer of judgment included payment for attorney's fees and costs and (ii) an award of fees and costs under the Copyright Act is not warranted in this case, and

2. The Plaintiff's Motion for Attorney's Fees [DE 24] is **DENIED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of October, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE